UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |  |
|---|---|---|
| IN RE AEROSONIC CORPORATION SECURITIES LITIGATION | : : : : : : | C.A. NO. 8:03-CV-2373-T-24 TBM |

**ORDER SETTING DATES AND DEADLINES REGARDING
HEARING ON FINAL APPROVAL OF SETTLEMENT**

WHEREAS, the parties having made application, pursuant to Federal Rule of Civil Procedure ("FRCP") 23(e), for an order preliminarily approving the settlement (the "Settlement") of this Action, in accordance with the parties' Stipulation and Agreement of Settlement dated as of July 7, 2005 (the "Stipulation"), by and between the Lead Plaintiffs Rene Miville, Sebastian Gaeta, Steven Cutler, Paul Gaeta, Anthony Gaeta, Rick Fowler, Ella Hall and Maria Jaeger in this class action litigation (the "Action"), on behalf of themselves and the members of the Class (collectively, the "Plaintiffs"), on the one hand; and defendants Aerosonic Corporation ("Aerosonic"), J. Mervyn Nabors, Eric J. McCracken, Michael T. Reed, Andrew J. Norstrud and PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") (collectively, the "Defendants"), on the other hand; and

WHEREAS, the Court has granted an Order preliminarily approving the Settlement ("Preliminary Approval Order" also known as "Hearing Order"; see Stipulation ¶ 1.10). Upon consideration of said Stipulation, the matters of record, and being fully advised in the premises, the Court finds as follows:

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. The Settlement Fairness Hearing to finally approve the settlement will held on

November 18, 2005, at 1:30 p.m.

2. The date by which the Claims Administrator must receive any election by a Class member to be excluded from the Class shall be November 4, 2005, in accord with ¶ 11 of the Preliminary Approval Order.

3. The date by which Class members may file a written objection to the Settlement or plan of allocation shall be November 4, 2005, in accord with ¶ 16 of the Preliminary Approval Order.

4. The date by which Class members may file a written objection to Plaintiffs' Counsel's petition for attorney fees and costs shall be November 4, 2005, in accord with ¶ 16 of the Preliminary Approval Order.

5. The date by which Class members may file a written objection to the reimbursement of costs for the Lead Plaintiffs shall be November 4, 2005, in accord with ¶ 16 of the Preliminary Approval Order.

6. Class members' claims shall be filed by December 31, 2005 or 120 days following the date that the Printed Notice is first mailed to Class members, whichever is later, in accord with ¶ 12 of the Preliminary Approval Order.

DONE and ORDERED in chambers in Tampa, Florida, this 9th day of August, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge