# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |  |
|---|---|---|
| IN RE AEROSONIC CORPORATION SECURITIES LITIGATION | : : : : : : | C.A. NO. 8:03-CV-2373-T-24 TBM |

## SUPPLEMENTAL ORDER

This cause came before the Court at the Settlement Fairness Hearing held on November 18, 2005. On November 16, 2005, Defendant Eric McCracken ("McCracken") filed his Notice of Defendant Eric McCracken's Bankruptcy Filing and Consent to Proceed with Settlement of this Matter (Doc. No. 119). In his notice, McCracken indicates that on October 10, 2005, he filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York.

At the Settlement Fairness Hearing the parties presented their belief that the that the directors' and officers' liability policy in this case does not qualify as property of McCracken's bankruptcy estate. Counsel for McCracken represented to the Court that McCracken, through separate bankruptcy counsel, intended to move the bankruptcy court today for relief from the automatic stay for the limited purpose of allowing this Court to approve the Settlement.

With due deference to the bankruptcy court, this Court orders that no distribution of settlement proceeds shall occur for a period of thirty days from the date of this Order thereby giving the bankruptcy court an opportunity to consider the request for relief from the automatic stay or the bankruptcy trustee an opportunity to file an objection to the Settlement. Plaintiffs' Counsel are directed to serve the bankruptcy trustee for the Northern District of New York with a copy of the Order and Final Judgment and this Supplemental Order.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of November, 2005.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record

Christian H. Dribusch, Bankruptcy Trustee, Patroon Building, 5 Clinton Square, Albany, NY 12207