UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE AEROSONIC CORPORATION SECURITIES LITIGATION | C.A. NO. 8:03-CV-2373-T-24 SCB-TBM |

ORDER APPROVING CLAIMS ADMINISTRATOR'S
REPORT AND DISTRIBUTION OF THE SETTLEMENT FUND

AND NOW, this _____ day of _July_ , 2006, upon consideration of Lead Plaintiffs' Motion to Approve Claims Administrator's Report and Distribute the Settlement Fund, the Affidavit of Edward J. Sincavage, CPA in support thereof and the prior proceedings herein, it is hereby ORDERED as follows:

1. The Report of Heffler, Radetich & Saitta L.L.P., 1515 Market St., Suite 1700, Philadelphia, PA 19102-1964 ("Claims Administrator") as set forth in the Affidavit of Edward J. Sincavage, CPA is hereby approved.

2. The Claims Administrator is hereby directed to distribute the net Settlement Fund to eligible Class members in accordance with said Report as promptly as the business of its office permits, after making the payments specified in paragraph 3 below.

3. The Court hereby approves the following payments from the net Settlement Fund: $9,472.00 to the Claim Administrator for the balance of its fees and expenses in connection with its services in this litigation; and $8,700.00 to be paid for taxes.

4. The Court directs that, after one year following the initial distribution of the net Settlement Fund to Authorized Claimants, and after appropriate efforts have been taken to

locate and distribute funds to the Authorized Claimants, Plaintiffs' Counsel is authorized to distribute any unclaimed monies remaining in the net Settlement Fund to one or more charitable and non-profit organizations to be designated by Plaintiffs' Counsel, with notice to the Court.

5. One year following the initial distribution of the net Settlement Fund to Authorized Claimants, the Claims Administrator may destroy all Proof of Claim forms and related correspondence. Notwithstanding the foregoing, the Claims Administrator shall retain all administrative records, including its list of claimants and its computer database and programs used to create the list of claimants, for a period of three (3) years after the distribution of the net Settlement Fund.

6. The Claims Administrator, Plaintiffs' Counsel, and their respective members, shareholders and employees are hereby released from any claims or liability by, to or from any Class member or any other person in connection with the processing of Proofs of Claim filed in this litigation and the distribution of the Settlement Fund in connection therewith that has been undertaken pursuant to the Orders of this Court.

Dated: July 5, 2006

THE HONORABLE SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE